IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01567-PAB-BNB

SCOTT WEHRLEY,

Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant.

---

# ORDER

---

This matter arises on the following:

(1) **Plaintiff's Motion for Leave to File Amended Complaint** [Doc. # 16, filed 10/1/2010] (the "Motion to Amend"); and

(2) **Plaintiff's Unopposed Motion to Substitute First Amended Complaint** [Doc. # 21, filed 10/11/2010] (the "Motion to Substitute").

I held a hearing on the motions this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record,

IT IS ORDERED that:

(1) The Motion to Amend [Doc. # 16] is GRANTED. The Clerk of the Court is directed to accept for filing the First Amended Complaint [Doc. # 21-1]; and

(2) The Motion to Substitute [Doc. # 21] is GRANTED.

Dated October 18, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge