IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01567-PAB-BNB

SCOTT WEHRLEY,

Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant.

---

## ORDER

---

This matter arises on **Plaintiff's Motion for Sanctions Pursuant to Fed. R. Civ. P. 16(f)** [Doc. # 37, filed 1/25/2011] (the "Motion for Sanctions"), which is DENIED.

Although it is always disappointing and frequently short-sighted when a party refuses to make any offer of settlement, settlement is a voluntary process. The defendant complied with my order concerning the submission of a confidential settlement statement; it did not failed to appear at a conference as ordered; it was not substantially unprepared to participate in a conference; the decision not to make a settlement offer is not, necessarily, bad faith, and is not bad faith under these circumstances; and it did not fail to obey the scheduling order. The defendant's conduct is not sanctionable.

IT IS ORDERED that the Motion [Doc. # 37] is DENIED.

Dated February 9, 2011.

                                        BY THE COURT:

                                         s/ Boyd N. Boland
                                        United States Magistrate Judge