IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01567-PAB-BNB

SCOTT WEHRLEY,

Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

IT IS ORDERED:

(1)      **Plaintiff's Unopposed Motion to Amend Exhibit List** [Doc. # 64, filed 7/15/2011] is GRANTED;

(2)      The plaintiff's Amended Exhibit List [Doc. # 64-1] is accepted for filing and substituted as the plaintiff's exhibit list to the Final Pretrial Order.

DATED:  July 26, 2011