IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01567-PAB-BNB

SCOTT WEHRLEY,

Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant.

---

## MINUTE ORDER

---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Unopposed Motion to Withdraw Motion for Leave to Amend Witness List and Exhibit List** [docket no. 73, filed October 13, 2011] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.  The **Plaintiff's Motion For Leave To Amend Witness List And Exhibit List To Add James Lindberg, M.D. As Witness And Report Of December 1, 2008 As Exhibit** [70] is DENIED AS WITHDRAWN.

IT IS FURTHER ORDERED that the hearing set for **October 28, 2011** is **VACATED.**

DATED:  October 17, 2011